Opinion issued February 2, 2016



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00281-CR

## NO. 01-15-00282-CR

_____

**DAVID LUIS CABRERA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Case Nos. 1412605 & 1412606**

## MEMORANDUM OPINION

On January 7, 2016, appellant, David Luis Cabrera, filed motions to dismiss these appeals. The motions to dismiss comply with Texas Rule of Appellate Procedure 42.2(a) and no prior decision has issued in these cases. *See* TEX. R. APP.

P. 42.2(a), (b). Accordingly, we grant the motions and dismiss the appeals. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Bland.

Do not publish. TEX. R. APP. P. 47.2(b).